IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| LUMI BRADFORD,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>SLC POLICE DEPARTMENT and SLC NEIGHBORHOOD WATCH,<br><br>　　　　　　　　Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br>Case No. 2:09CV144 DAK |

On March 2, 2010, the Magistrate Judge issued a Report and Recommendation in this matter, recommending that the Complaint be dismissed.[1] Plaintiff has not filed an objection to the Report and Recommendation, and the time for doing so has now passed. The court has reviewed the file *de novo* and agrees that the Complaint should be dismissed.

Accordingly, the court hereby APPROVES AND ADOPTS the Magistrate Judge's Report and Recommendation in its entirety. Plaintiff's Complaint is DISMISSED, and the pending Motion to Appoint Counsel [Docket # 4] and Motion for Service of Process [Docket #5] are MOOT. The Clerk of the Court is directed to close this case.

DATED this 23rd day of March, 2010.

　　　　　　　　　　BY THE COURT:

　　　　　　　　　　_____
　　　　　　　　　　DALE A. KIMBALL
　　　　　　　　　　United States District Judge

---

[1] Report and Recommendation, Docket No. 21, filed March 2, 2010.